IN THE DISTRICT COURT OF WAGONER COUNTY
STATE OF OKLAHOMA

WAGONER COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

FEB 23 2017

JAMES E. HIGHT
COURT CLERK

| | |
|---|---|
| **MARGARET WALKER,**<br>  Plaintiff, | )<br>)<br>) |
| vs. | ) Case No. CJ-2017-__62__<br>) |
| **AMERICAN RELIABLE INSURANCE**<br>**COMPANY,**<br>  Defendant. | )<br>)<br>)<br>) |

## PETITION

**COMES NOW** the Plaintiff, Margaret Walker, by and through her attorney, Bret A. Smith and for her cause of action alleges and states as follows:

1. That the Plaintiff is a resident of Wagoner County, OK.

2. That the Defendant is an insurance company licensed to do business in Oklahoma.

3. That on or about the 26th day of July, 2016, the residence of the Plaintiff located at 210 S. 6th St., Porter, OK 74454 sustained fire damage.

4. That on or about the 26th day of July, 2016, the Plaintiff sustained damage to personal property.

5. That on or about the 26th day of July, 2016, the Plaintiff suffered loss of use of her residence.

6. That on or about 3rd day of December, 2016, the Plaintiff's residence was consumed by fire.

7. The Plaintiff had a homeowner's policy with the Defendant, policy #RRM 803176.

8. The aforementioned policy of insurance issued by the Defendant provided for dwelling damage, loss of use, content replacement, debris removal and reconstruction (?).

9. The Plaintiff performed all conditions as outlined under the policy of insurance issued by the Defendant.

10. The Plaintiff is owed money from the Defendant for loss of the residence, loss of personal property, debris removal and loss of use of her property.

WHEREFORE, premises considered, Plaintiff Margaret Walker prays for a judgment over and against the Defendant in the amount in excess of $75,000.00, together with attorney fees, costs and any other relief this Court deems just and proper.

BRET A. SMITH, OBA#14521
Post Office Box 2250
Muskogee, OK 74402
(918) 687-0011

ATTORNEY LIEN CLAIMED